# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Carl Sadler,                          :
            Petitioner      :
                           :

      v.                             :          No. 328 C.D. 2018
                           :

Workers' Compensation Appeal           :
Board (Philadelphia Coca-Cola),        :
          Respondent      :

## O R D E R

NOW, July 18, 2019, upon consideration of Respondent's Application for Reargument, and Petitioner's answer in response thereto, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge